# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00156-CV

### In re Chubb Lloyd's Insurance Company of Texas

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

On March 12, 2019, Relator Chubb Lloyd's Insurance Company of Texas filed an emergency motion to seal documents that it submitted to this Court and that were purportedly privileged and tendered to Respondent for review *in camera* on February 19, 2019. We entered an order the next day that stated "we are maintaining the documents *in camera* but cannot seal them absent a trial court order sealing the documents" and provided Relator "twenty days from the date of this order to provide an order from the trial court confirming that the documents submitted *in camera* to this Court are the same documents that the trial court reviewed."

On April 2, 2019, a court clerk from the Travis County district clerk's office hand delivered "[a]n Envelope containing Clarifying Order Regarding Transfer of Documents Reviewed in Camera to Clerk of Court of Appeals including documents submitted on February 19, 2019" and an "Order Sealing *in Camera* Documents and Providing for Transfer of *in Camera* Documents to Clerk of Court of Appeals" that was signed by the trial court on March 29, 2019.

Having received from the trial court the sealed documents that it reviewed *in camera* on February 19, 2019, and that are the subject of this original proceeding, we order the Clerk of this Court to return to Relator the documents that Relator submitted to this Court *in camera*, but not sealed, on March 12, 2019, and we dismiss Relator's emergency motion to seal as moot.

It is ordered on April 5, 2019.

Before Chief Justice Rose, Justices Goodwin and Baker